FILED

07/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0043

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 22-0043

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

CORY ANN RUCKER,

      Defendant and Appellant.

### GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 11, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 14 2022